UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN BULLOCK, on behalf of himself and all others similarly situated,<br><br>                                 Plaintiff,<br>-v-<br><br>GORDON ELECTRIC SUPPLY, INC.,<br><br>                                 Defendant. | CIVIL ACTION NO. 23 Civ. 6874 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Defendant's response to the Complaint was due by September 19, 2023. (ECF No. 7). On September 19, 2023, Defendant's counsel filed a notice of appearance and a corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1. Defendant failed, however, to file a response to the Complaint. As a one-time courtesy, the Court sua sponte extends this deadline, and directs Defendant to answer, move, or otherwise respond to the Complaint by **September 28, 2023**.

Dated:    New York, New York                        SO ORDERED.
              September 26, 2023

_____
SARAH L. CAVE
United States Magistrate Judge