UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN BULLOCK, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>   -v-<br><br>GORDON ELECTRIC SUPPLY, INC.,<br><br>                    Defendant. | CIVIL ACTION NO. 23 Civ. 6874 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On October 2, 2023, the Court scheduled an initial case management conference for November 8, 2023, and directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") by November 1, 2023.  (ECF No. 12).  The parties failed, however, to file the PCMP by the Court-ordered deadline or to request an extension of time to do so.  As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the PCMP by **November 2, 2023**.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.  To the extent the parties disagree about any portion of the PCMP, they may set forth their respective proposals for the disputed provision, without argument.

Dated:     New York, New York         SO ORDERED.
           November 2, 2023

                                       _____
                                       **SARAH L. CAVE**
                                       **United States Magistrate Judge**