UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN BULLOCK, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

GORDON ELECTRIC SUPPLY, INC.,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 6874 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **December 21, 2023**, the parties shall file a joint letter reporting on the status of their mediation efforts.

Dated:    New York, New York
            December 14, 2023

SO ORDERED.

_(signature)_
**SARAH L. CAVE**
**United States Magistrate Judge**