UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN BULLOCK, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

GORDON ELECTRIC SUPPLY, INC.,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 6874 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 18 is GRANTED, and the Court orders as follows:

1. The Mediation Referral Order (ECF No. 15) remains in effect. The parties shall **promptly** meet and confer and provide the Mediation Office with a date certain in February 2024 when all counsel and clients are available for a mediation.

2. The scheduling of the initial case management conference and entry of a case management plan remain HELD IN ABEYANCE pending the outcome of the mediation.

3. Within seven (7) days of the first mediation session, the parties shall file a joint letter reporting on the status of the mediation.

Dated:     New York, New York  
            December 22, 2023

SO ORDERED.

_____  
**SARAH L. CAVE**  
**United States Magistrate Judge**