UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN BULLOCK, on behalf of himself and all others similarly situated,

                    Plaintiff,

-v-

GORDON ELECTRIC SUPPLY, INC.,

                    Defendant.

CIVIL ACTION NO.: 23 Civ. 6874 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 7, 2024, the Court directed the parties to file a joint letter reporting on the status of their mediation efforts (the "Letter") by March 21, 2024. (ECF No. 22). The parties failed to file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **March 25, 2024**.

Dated:    New York, New York
             March 22, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**